**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Florence Mussat, M.D., S.C.
                              Plaintiff,

v.                                                     Case No.: 1:13–cv–07522
                                                        Honorable John Z. Lee

Healthtap Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2014:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/24/14. Joint request and stipulation to stay case and withdraw motion to dismiss [58] is granted. Healthtap, Inc.'s motion to dismiss for failure to state a claim [26] is withdrawn. This case is stayed and will be placed on the Court's suspended calendar. The parties are to contact the courtroom deputy if there are any developments. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.