IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHTAP INC., <br><br> Defendant. | 13-cv-7522 <br><br> Judge Lee |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Florence Mussat, M.D., S.C., by and though its counsel, voluntary dismisses its claims with prejudice, under Rule 41(a)(1)(A)(i), without prejudice to the putative class members whose claims are subject to the orders and agreement set forth in *Neurocare Institute of Central Florida, P.A., v. Healthtap, Inc., et al.*, 6:13-cv-1228-Orl-31DAB (M.D. Fla.).

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner

Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(312) 238-9820 (TEL)
cwarner@warnerlawllc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **DECEMBER 17, 2014,** I filed the **Notice above** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.